UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

UNITED STATES OF AMERICA
upon the relation and for the use of the
TENNESSEE VALLEY AUTHORITY,

    Plaintiff,

v.                            CIVIL ACTION NO. 1:17-cv-152-GHD-DAS

AN EASEMENT AND RIGHT-OF-WAY
OVER 0.03 ACRE OF LAND,
MORE OR LESS, IN OKTIBBEHA COUNTY,
MISSISSIPPI, and
WILLIE DEAN MCGEE ET AL.,

    Defendants.

## ORDER SETTLING INTEREST OF DEFENDANT EDDIE L. SMITH AND DISBURSING FUNDS

This action came on to be considered, and it appears to the Court, as evidenced by the signatures below, that Plaintiff and Defendant ~~Eddie L.~~ *Lewis* Smith have agreed to settle said Defendant's interest.

It is, therefore, Ordered and Adjudged that:

1. Defendant ~~Eddie L.~~ *Lewis* Smith shall recover from the Plaintiff $71.42 for said Defendant's undivided 1/14th interest in the easement and right-of-way described in Attachment 1 to the Complaint filed herein. (Doc. 1-1.)

2. The Clerk of this Court is authorized and directed to draw a check on the funds deposited in the registry of this Court in this action in the amount of $71.42, plus any accrued interest thereon less the applicable registry fee, payable to ~~Eddie L.~~ *Lewis* Smith, and to mail said check to his address in Sacramento, California.

3. Effective upon the mailing of the check provided for in Paragraph 2 above, all

1

further proceedings may be had and judgment entered herein without further notice to Defendant ~~Eddie~~ Lewis L. Smith.

4. This action shall remain with respect to the other Defendants in this action.

This 27 day of November, 2017.

/s/ S.H. Davidson
United States District Judge

We hereby approve and consent
to the entry of this order:

/s/Nakimuli O. Davis-Primer
Nakimuli O. Davis-Primer (MB #103320)
**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.**
One Eastover Center
100 Vision Drive, Suite 400
Jackson, Mississippi 39211
Telephone    601.973.3612
Facsimile    601.714.9912
Email  ndavis@bakerdonelson.com

Elizabeth A. Birdwell (TN BPR #026648)
**TVA GENERAL COUNSEL'S OFFICE**
400 West Summit Hill Drive
Knoxville, Tennessee 37902-1401
Telephone    865.632.7346
Facsimile    865.632.2422
Email  eabirdwell@tva.gov

*Attorneys for Plaintiff*

/s/ Lewis Smith
Lewis ~~Eddie~~ L. Smith
Sacramento, California

*Defendant*

STATE OF CALIFORNIA )
                              ) SS
COUNTY OF SACRAMENTO )

    Before me personally appeared ~~Eddie L.~~ *Lewis* Smith known to be the person above and whom executed the foregoing document and acknowledged that he executed the same as his free act and deed on the day and year herein mentioned below.

    Witness my hand and official seal this the *20* day of *October*, 2017.

_____
Notary Public

My commission expires: *Nov 21, 2018*

[Notary Seal: S. SIFERS, COMM. # 2090784, NOTARY PUBLIC-CALIFORNIA, SAN JOAQUIN COUNTY, My Commission Expires NOVEMBER 21, 2018]